O

# United States District Court
# Central District of California

| | |
|---|---|
| JAMES DAGGS et al., | Case № 2:20-cv-03867-ODW (JEMx) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT [24]** |
| v. | |
| FCA US LLC, et al., | |
| Defendants. | |

On October 5, 2020, Plaintiffs James Daggs and Rhonda Daggs moved for leave to file an Amended Complaint ("Motion"), proposing to add counts and allegations against existing Defendant FCA US LLC for a claim under the Magnuson-Moss Warranty Act. (Mot., ECF No. 24.) Plaintiffs set the Motion to be heard on November 2, 2020, and thus any opposition was due no later than October 12, 2020. *See* C.D. Cal. L.R. 7-9. To date, Defendant has filed no opposition. The failure to file a timely opposition may be deemed consent to the granting of a motion. C.D. Cal. L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

After carefully considering the moving papers, the Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal.

L.R. 7-15. Accordingly, the Court **VACATES** the hearing on November 2, 2020. The Court finds Plaintiffs have shown good cause to amend the complaint pursuant to Rule 15(a)(2) and *Foman v. Davis*, 371 U.S. 178 (1962). In light of Defendant's failure to oppose and Plaintiffs' showing of good cause, the Court **GRANTS** Plaintiff's Motion. The Court **ORDERS** Plaintiffs to file and serve the First Amended Complaint no later than **October 30, 2020**. *See* C.D. Cal. L.R. 15-1.

**IT IS SO ORDERED.**

October 27, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**