JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JAMES DAGGS, et al., | CASE NUMBER: |
|---|---|
| | 2:20-cv-03867-FLA-JEM |
| PLAINTIFF | |
| v. | |
| FCA US LLC, et al., | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on ___April 9, 2021___ as docket number ___33___ (the "Offer of Judgment"), judgment is hereby entered for

Plaintiffs James Daggs and Rhonda Daggs
_____

and against

FCA US LLC
_____

according to the terms set forth in the Offer of Judgment.

Date:  September 20, 2021                    By:  _____
                                                    FERNANDO L. AENLLE-ROCHA
                                                    United States District Judge